## H. H. Kolberg, Plaintiff-Appellant, v. Cities Service Oil Company, Defendant-Appellee.

### Gen. No. 10,489.

Raphael E. Yalden, for appellant; L. W. Menzimer, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.** Opinion filed May 24, 1951; released for publication June 11, 1951.